UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>   JAMES DELLEVILLE,<br>                  Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO.: 11-17058-WCH |

## NOTICE OF WITHDRAWAL OF DOCUMENT

NOW COMES the Debtor, JAMES DELLEVILLE, and respectfully requests that this Honorable Court allow him to withdraw his recently filed Response to the Motion for Relief from the Automatic Stay regarding 71 Elm Street, Watertown, Massachusetts 02472 filed by Creditor William Adams.

Wherefore, the Debtors respectfully request that this honorable court grant this withdrawal and all other relief deemed just and proper.

                                                Respectfully submitted,

                                                JAMES DELLEVILLE, Debtor
                                                By his Attorney,

**Date: 11/01/11**                       /s/ Richard N. Gottlieb, Esq.
                                                Richard N. Gottlieb, Esq.
                                                BBO No. 547970
                                                Law Offices of Richard N. Gottlieb
                                                11 Beacon Street, Suite 325
                                                Boston, MA 02108
                                                (617) 742-4491
                                                rnglaw@verizon.net

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>   JAMES DELLEVILLE,<br>                       Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO.: 11-17058-WCH |

## **CERTIFICATE OF SERVICE**

   I certify that I have this day served a copy of the Debtor's Withdrawal on the persons listed below electronically via ECF.

**Date: 11/01/11**     /s/ Richard N. Gottlieb, Esq.
Richard N. Gottlieb, Esq.
BBO No. 547970
Law Offices of Richard N. Gottlieb
11 Beacon Street, Suite 325
Boston, MA 02108
(617) 742-4491
rnglaw@verizon.net

**Persons Served:**

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA  02109-3945

James Delleville
69 Elm Street
Watertown, MA  02472

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Kathleen P. Dwyer
MacLean Holloway Doherty
Ardiff & Morse, P.C.
8 Essex Center Drive
Peabody, MA  01960

William Adams
c/o Leonard Frisoli, BBO No. 638201
Frisoli Associates, P.C.
43 Thorndike Street
Bulfinch Square
Cambridge, MA 02141