UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re
   JAMES DELLEVILLE,
               Debtor

IN PROCEEDINGS UNDER
CHAPTER 7
CASE NO.: 11-17058-WCH

### DEBTOR'S MOTION TO AMEND SCHEDULES B AND C

NOW COMES the Debtor, JAMES DELLEVILLE, and hereby requests that this Honorable Court allow him to Amend his Schedules B and C. As grounds therefore, the Debtor states the following:

1. As per the Trustee's request at the Meeting of Creditors held October 5th at 10:00 AM, the Debtor has amended his Schedule B to show 100% interests in both Delleville Oil D/B/A James Delleville, **and** Deville Enterprises. The latter is currently inactive.

2. In addition, per the Trustee's request, the Debtor has amended his Schedule B to include two vehicles that were originally thought to be owned within his corporation.

3. To that end, Debtor has amended the Schedule C to exempt said vehicles.

WHEREFORE, the Debtor respectfully requests that this Honorable Court grant this Motion to Amend Schedules B and C and all other relief deemed just and proper.

JAMES DELLEVILLE, Debtor,
By his attorney,

Date: 11/10/2011

*/s/ Richard N. Gottlieb*
Richard N. Gottlieb, Esq.
BBO#: 547970
Law Offices of Richard N. Gottlieb
Eleven Beacon Street
Suite 325
Boston, Massachusetts 02108
(617) 742-4491
rnglaw@verizon.net

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>   JAMES DELLEVILLE,<br>                     Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO.: 11-17058-WCH |

**CERTIFICATE OF SERVICE**

      I, Richard N. Gottlieb, Esq., do hereby certify that I have this day served a copy of the Debtor's Motion to Amend Schedules B and C by First-class mail postage paid and/or electronically via ECF on the persons listed below.

Date: 11/10/2011                        */s/ Richard N. Gottlieb*
                                                   Richard N. Gottlieb, Esq.
                                                   BBO#: 547970
                                                   Law Offices of Richard N. Gottlieb
                                                   Eleven Beacon Street
                                                   Suite 625
                                                   Boston, Massachusetts 02108
                                                   (617) 742-4491
                                                   rnglaw@verizon.net

**Persons served:**

American Home Mortgage Servicing, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX  75019

U.S. Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-OPT1

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA  02109-3945

American Home Mortgage
c/o Abbott Law Offices
304 Cambridge Road
Woburn, MA 01801

American Home Mortgage
c/o Abbott Law Offices
PO Box 304
Cambridge Road Woburn, MA 01801

American Home Mortgage Servicing, Inc
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019

CANDICA, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Capital One
P. O. Box 71083
Charlotte, NC 28272-1083

Century Bank
P. 0. Box 9102
Medford, MA 02155

D&R E:lectric
112 Dexter Avenue
Watertown, MA 02472

Hanover Insurance Company
P. 0. Box 4031
Woburn, MA 01801-4031

Local tel
Three Dundee Office park
Andover, MA 01810

NStar c/o Thomas M. Palmer, Esq.
1720 Skyline Drive, #18
Lowell, MA 01854

National Grid
300 Erie Blvd. West
Syracuse, NY 13202

New England Phoenix Co.
337 Freeport St.
Boston,Mass 02122

Richard Bell
200 Chestnut Street
Brookline, MA 02445

SBFII, LLC Payment Processing
Department
P.O. Box 878992
Kansas, City Mo 64187-8992

Union Pen
166 Wallins Corners Road
Amsterdam, NY 12010

United Marble
10 Munroe Avenue
Watertown, MA 02472

William Adams
c/o Frank J. Frisoli, P. C.
795 Cambridge Street
Cambridge, MA 02141

Yellow book
2560 Renaissance Boulevard
King of Prussia, PA 19406

James Delleville
69 Elm Street
Watertown, MA  02472

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office &
Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Kathleen P. Dwyer
MacLean Holloway Doherty
Ardiff & Morse, P.C.
8 Essex Center Drive
Peabody, MA  01960

Richard N. Gottlieb
Law Offices of Richard N. Gottlieb
Eleven Beacon Street
Suite 325
Boston, MA  02108

William Adams
c/o Frank J. Frisoli, Esq.
795 Cambridge Street
Cambridge, MA  02141